441 A.2d 774

Commonwealth v. Grant, Appellant.
Petition for Allowance of Appeal Denied March 18, 1982.

Submitted November 9, 1981. John H. Corbett, Jr., for appellant; Kemal A. Mericli, Assistant District Attorney, for Commonwealth, appellee.

Before BECK, JOHNSON and POPOVICH, JJ.

Judgment of sentence affirmed.